# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2016

153609(10)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOSEPH CONSTANT,
      Plaintiff,

v

SC: 153609
AGC: 1770-15

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Chief Justice, plaintiff's motion to extend the time for filing his reply is GRANTED. The reply will be accepted for filing if submitted on or before August 8, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016

